U.S. DISTRICT COURT
SAVANNAH DIV.

2011 APR 28 PM 4: 31

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| BAHRAM KHANALI, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. CV410-189 |
| | ) | CR408-091 |
| UNITED STATES, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 28 day of _April_, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA